UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHEILA CLAYBORNE | CIVIL ACTION |
| VERSUS | NO. 10-2459 |
| SEARS HOLDING CO., ET AL. | SECTION "R"(4) |

## ORDER WITHDRAWING REFERENCE

Considering that all parties will not consent to proceed before the United States Magistrate Judge for trial.

Accordingly,

IT IS ORDERED that the referral of this matter to U.S. Magistrate Judge Karen Roby pursuant to Local Rule 73.2E is hereby withdrawn.

IT IS FURTHER ORDERED that a preliminary conference will be held by telephone on THURSDAY, DECEMBER 8, 2010, at 10:45 a.m. for the purpose of selecting pretrial conference and trial dates. The Court will initiate the telephone conference call and will be represented at the conference by its Case Manager, Jay Susslin.

New Orleans, Louisiana, this  5th  day of November, 2010.

*Sarah Vance*
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Roby